Jordan T. Smith, Esq., Bar No. 12097
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Bridget M. Polloway, Esq. (*pro hac vice forthcoming)*
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

*Attorneys for Defendant*
*Kohl's Department Stores, Inc.*

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANNA PANAGOTOPULOS,<br>Plaintiff,<br>v.<br>KOHL'S INC.,<br>Defendant. | Case No.: 2:20-cv-00822- JMC-EJY<br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Defendant Kohl's Department Stores, Inc., misnamed as Kohl's Inc. ("Defendant") and Plaintiff Joanna Panagotopulos ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Local Rules 6-1, 6-2, and 7-1, and subject to this Court's approval, to a 30-day extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint. (Doc. #1.) The reason for this request is to allow Defendant to investigate Plaintiff's claims, examine the possible resolution of Plaintiff's claims, and, if necessary, to respond to the Complaint.

The parties agree that Defendant shall have a 30-day extension of time to answer, move or otherwise respond to Plaintiff's Complaint from June 2, 2020 and shall have up to, and including, July 2, 2020 to respond to the Complaint. This is the parties' first request for an extension of this deadline.

Dated this 22nd day of May, 2020.

PISANELLI BICE PLLC

By: *__/s/ Jordan T. Smith__*
Jordan T. Smith, Esq., #12097
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant Kohl's Department Stores, Inc.*

Dated this 22nd day of May, 2020.

KIND LAW

By: *__/s/ Michael Kind__*
Michael Kind, Esq., #13903
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89101

HAINES & KRIEGER, LLC

By: *__/s/ George Haines__*
George Haines
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff Joanna Panagotopolus*

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2020

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101