George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Joanna Panagotopulos*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joanna Panagotopulos, | Case No.: 2:20-cv-00822-JCM-EJY |
| Plaintiff, | **Stipulation of dismissal of Kohl's Inc. with prejudice** |
| v. | |
| Kohl's Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Joanna Panagotopulos and Kohl's Inc. stipulate to dismiss Plaintiff's claims against Kohl's Inc. with prejudice.

///

///

///

STIPULATION  - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 6, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Joanna Panagotopulos*

**Pisanelli Bice PLLC**

/s/ Jordan Smith

Jordan Smith, Esq.

Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
*Counsel for Kohl's Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 23, 2021

STIPULATION  - 2 -